

# Fourth Court of Appeals
## San Antonio, Texas

June 14, 2018

No. 04-18-00264-CV

**IN THE INTEREST OF N.M.H. AND J.K.H., AND J.J.W.**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA02357
John D. Gabriel Jr., Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant has filed a motion for extension of time to file appellant's brief. Appellant's motion is GRANTED. Appellant's brief is due on July 2, 2018.

Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court
.